

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

August 15, 2025

By ECF
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Prisoners' Legal Servs. of NY* et al. *v. DHS* et al., No. 25 Civ. 1965 (GHW) (VF)

Dear Judge Woods:

      I write respectfully on behalf of defendants the U.S. Department of Homeland Security ("DHS"); U.S. Immigration and Customs Enforcement ("ICE"); Kristi Noem, in her official capacity as Secretary of DHS; Joseph E. Freden, in his official capacity as Deputy Field Office Director, Buffalo Federal Detention Facility; and Stephen Kurzdorfer, in his official capacity as Acting ICE Enforcement and Removal Operations Buffalo Field Office Director (the "Government"), in the above-referenced action alleging violations of the Administrative Procedure Act and the First Amendment, to request that the Court extend by three days the deadline for the parties to file any objections to the August 5, 2025 Report and Recommendation of Magistrate Judge Valerie Figueredo (ECF No.59), from August 19, 2025, to August 22, 2025. This additional time is requested because the undersigned's primary low vision screenreader device has not been functional for more than a week, an operational replacement is not expected to be available until next week, and this has delayed my ability to complete the Government's objections. This is the Government's first request for an extension of this deadline and Plaintiffs do not object to this request.

      I thank the Court for considering this request.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

By:   */s/ Pierre G. Armand*
      PIERRE G. ARMAND
      REBECCA L. SALK
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2800

cc:    Plaintiffs' Counsel (by ECF)